IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA   )
                           )
v.                         )    CASE NO. CR418-199
                           )
SCIYHEID BRANT,            )
                           )
     Defendant.            )
                           )
```

## O R D E R

Before the Court is Defendant's Motion for Bereavement Visit. (Doc. 39.) Defendant filed his motion at 3:22 p.m. today seeking transport to Sylvania Funeral Home of Savannah to attend his mother's funeral scheduled for 11 a.m. tomorrow, Tuesday, March 26, 2019. (Id. at 1.) Upon inquiry, the Court determines that, on this short notice, the personnel at Bulloch County Jail are unable to transport Defendant to the funeral. The United States Marshals Service has already scheduled personnel for the transportation of other defendants in other cases and, therefore, cannot accommodate Defendant's request on this short notice. Additionally, the United States Probation Office has recommended against furloughing

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____ M
3/25/2019
_____
Deputy Clerk

Defendant to attend the funeral. Accordingly, Defendant's Motion for Bereavement Visit (Doc. 39) is **DENIED**.

SO ORDERED this 25th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA