IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )      Case No.   CR418-209
                                   )
DEANDRE WIGGINS,                   )
                                   )
          Defendant.               )


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )      Case No.   CR418-199
                                   )
SCIYHEID BRANT,                    )
                                   )
          Defendant.               )


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )      Case No.   CR418-253
                                   )
PHILLIP BENNETT,                   )
                                   )
          Defendant.               )


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )      Case No.   CR418-259
                                   )
MALIK MCKENZIE,                    )
                                   )
          Defendant.               )

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR -2 AM 11:25
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)　　　　Case No.　CR419-016
　　　　　　　　　　　　　　　)
MARVIN SMITH,　　　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　)


UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)　　　　Case No.　CR419-017
　　　　　　　　　　　　　　　)
CHARLES STEPLIGHT, ET AL,　　)
　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　)


## ORDER


Frank M. Pennington, counsel of record for the United States
of America in the above-styled cases, has moved for leave of
absence. The Court is mindful that personal and professional
obligations require the absence of counsel on occasion. The Court,
however, cannot accommodate its schedule to the thousands of
attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing
shall prevent these cases from going forward; all discovery shall
proceed, status conferences, pretrial conferences, and  trial shall

not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

SO ORDERED this 2ND day of April 2019.

HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA